*152330*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 09-19939 |
| | ) | |
| **JAMIE and RUSSELL HASLAGE** | ) | CHAPTER 7 CASE |
| | ) | |
| Debtor(s) | ) | JUDGE: RANDOLPH BAXTER |
| | ) | |

## REMITTANCE OF UNCLAIMED FUNDS

The attached check no. 124, in the amount of $664.21, represents unclaimed funds in this estate and is paid to the Court pursuant to 11 USC §347(a). The name and address of the parties entitled to these unclaimed funds is as follows:

| Creditor's Name and Address | Claim No. | Amount of Claim | Amount of Dividend |
|---|---|---|---|
| Ohio Department of Taxation<br>Bankruptcy Division<br>PO Box 530<br>Columbus OH 43216 | 9 | $741.05 | $664.21 |

Date   4/15/11

/s/ *signature*

STEVEN S. DAVIS, TRUSTEE
Steven S. Davis Co., LPA
450 Standard Bldg.
1370 Ontario Street
Cleveland, Ohio 44113
(216) 781-7272  Fax No. (216) 781-3312
sdavis@epitrustee.com